# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY C. PONCEJA, | Case No. CV 13-0445 ODW (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICHARD B. IVES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: March 20, 2013

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE